DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BOBBY SCOTT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3454

[June 18, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin Samuel Fein, Judge; L.T. Case No. 062014CF007957A88810.

Bobby Scott, Live Oak, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***